HAHN, Plaintiff, vs. EELLS and wife, Respondents, and
VICK, Appellant.

*March 15—June 6, 1922.*

*Appeal and error: Equal division of court.*

Where the justices of the supreme court are equally divided in
opinion on the question involved on an appeal, the order
appealed from will be affirmed.

APPEAL from an order of the county court of Waukesha
county: DAVID W. AGNEW, Judge. *Affirmed.*

The respondents secured a judgment for over $900
against the appellant, who appealed to this court from such
judgment and deposited with the clerk of the court $250
as security for costs. The appeal was dismissed without
costs, and the respondents served an order to show cause
upon the appellant why the money in the hands of the
clerk of the court should not be applied on the judgment.
The court entered an order directing the payment of the
$250 to the respondents to apply on the judgment, and the
appeal is from such order.

The cause was submitted for the appellant on the brief
of *John F. Filut* of Milwaukee, and for the respondents on
that of *G. Holmes Daubner* of Waukesha.

The following opinion was filed April 11, 1922:

PER CURIAM. There being an equal division of the
Justices on the question presented by the appeal, the order
is affirmed.

A motion for a rehearing was denied, with $25 costs, on
June 6, 1922.